# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

143154

ASPHALT SPECIALISTS, INC.,
   Plaintiff/Counter-Defendant/
   Appellant,

v

STEVEN ANTHONY DEVELOPMENT
COMPANY, GTR COMPANIES, GLACIER
CLUB TWO, INC., GLACIER CLUB ONE,
INC., GLACIER DEVELOPMENT COMPANY,
INC., GTR BUILDERS, INC., ARLINGTON
TRANSIT MIX, ROBERT F. TEMPLE d/b/a
CURRENT ELECTRIC CONTRACTING, L.L.C. ,
JP MORGAN CHASE, BOARD OF COUNTY
ROAD COMMISSIONERS, WASHINGTON
ASSOCIATES, L.L.C., NAGY CONCRETE
COMPANY, NATIONAL CITY BANK OF
THE MIDWEST, d/b/a NATIONAL CITY
BANK and FEDERAL DEPOSIT INSURANCE
COMPANY,
   Defendant/Cross-Defendants,

and

GTR GLACIER GOLF HOLDINGS,
   Defendant/Cross-Defendant/
   Counter-Plaintiff,

and

GTR GLACIER CLUB, L.L.C.,
   Defendant/Third-Party Defendant/
   Cross-Defendant,

and

LAKEVIEW CONTRACTING, INC.,
   Defendant/Third-Party Plaintiff/
   Counter-Plaintiff/Appellee,

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143154
COA: 295182
Macomb CC: 2007-001854-CK

and

TONY ANGELO CEMENT CONSTRUCTION
COMPANY,
    Defendant/Third-Party Plaintiff/
    Counter-Plaintiff/Cross-Defendant,

and

WELLS VENTURE CORPORATION,
    Defendant/Counter-Plaintiff/Cross-
    Defendant/Appellee,

and

A & R SEALCOATING, INC.,
    Defendant/Counter-Plaintiff/Cross-
    Defendant/Appellee.

_____/

   On order of the Court, the application for leave to appeal the April 19, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

_____
        Clerk

p0829